1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID PERRYMAN,                         No.  2:15-cv-0018 DB P

12                  Plaintiff,

13        v.                                  ORDER

14   DUFFY, Warden, et al.,

15                  Defendants.

16

17        This civil rights action filed pursuant to 42 U.S.C. § 1983 was dismissed on October 4,

18   2016, for plaintiff's failure to state a claim following three attempts. Subsequently, plaintiff filed

19   a motion for extension of time to file a motion for reconsideration of the order of dismissal.

20   Plaintiff has now filed a motion to dismiss this action, which the undersigned construes as a

21   withdrawal of his request for an extension of time. Accordingly, IT IS HEREBY ORDERED that

22   plaintiff's motion for extension of time (ECF No. 50) is denied as moot.

23   Dated:  June 2, 2017

24

25

26                                           DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE
27   /DLB7;

28   DB/Inbox/Routine/perr0018.recons