UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:15-cv-0018 DB P |
| Plaintiff, | |
| v. | ORDER |
| DUFFY, Warden, et al., | |
| Defendants. | |

On May 12, 2017, plaintiff filed a request for competency hearing. This civil rights action was closed on October 4, 2016. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: June 2, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
Db/Inbox//Routine/perr0018.58

1